

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00479-CV

| | | |
|---|---|---|
| Michael Prieto | § | From the 236th District Court |
| v. | § | of Tarrant County (236-234072-08) |
| Bell Aerospace Services, Inc., Bell Helicopter Textron, Inc., and | § | October 17, 2013 |
| Textron, Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Michael Prieto shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston